**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Luther Bragg

                        Plaintiff,

v.                                        Case No.: 1:14–cv–06472
                                                Honorable Virginia M. Kendall

National Credit Adjusters, LLC

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 23, 2014:

        MINUTE entry before the Honorable Virginia M. Kendall: MOTION by Plaintiff Luther Bragg for entry of default *judgment*[7] is granted as to National Credit Adjusters, LLC. Status hearing set for 10/23/2014 at 09:00 AM.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.